IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>vs.<br><br>MATTHEW FRANK.<br><br>    Defendant/Counterclaimant. | CV 22-70-BLG-KLD<br><br>ORDER |

The parties have filed a Joint Stipulation to Dismiss with Prejudice. (Doc. 63). Accordingly,

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties each to bear their own costs and attorneys' fees, with the exception of attorney's fees and costs previously paid by Plaintiffs to Defendant. All deadlines are vacated.

DATED this 2nd day of April, 2024.

                                                                                                             
Kathleen L. DeSoto
United States Magistrate Judge